RICHARD GAROFALO, Individually and as Parent and Natural Guardian of LISA GAROFALO, an Infant, et al., Respondents, v PATRICK J. DONOVAN, as Administrator C. T. A. of the Estate of JOSEPH A. MEROLA, JR., Deceased, et al., Defendants, and CITY OF ROME et al., Appellants. [671 NYS2d 382] —Order insofar as appealed from unanimously reversed on the law without costs, motion granted and complaint against defendants City of Rome and City of Rome Police Department dismissed (*see, Pekarski v Donovan*, 247 AD2d 857). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.